IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NICOLE ALEJANDRA PIURI RAMIREZ, § § § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-507-KC |
| § | |
| KRISTI NOEM et al., § § | |
| Respondents. § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On March 4, 2026, the Court granted in part Nicole Alejandra Piuri Ramirez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Mar. 4, 2026, Order 3, ECF No. 7.

Respondents have now informed the Court that on March 11, 2026, an IJ ordered Piuri Ramirez released on a $1,500.00 bond. Status Report, ECF No. 8; *see id.* Ex. A ("IJ Order"), ECF No. 8-1. And, as of March 11, Piuri Ramirez remained in custody. Status Report.

It appears that the only remaining matter to be resolved in this case is Piuri Ramirez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 20, ECF No. 1; *see generally* Mar. 4, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

SIGNED this 12th day of March, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE